UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    BRANDI MICHELLE LANE          CASE NO. 16-42917-MAR
                                           CHAPTER 13
                                           HONORABLE MARK A. RANDON

    DEBTOR.
_____/
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**AFFIDAVIT OF DEFAULT**

STATE OF MICHIGAN)

COUNTY OF MACOMB)

       Craig S. Schoenherr, Sr. states as follows:

       1.      He is the attorney of record for Santander Consumer USA Inc. ("Creditor") in this matter.

       2.      The Creditor holds a valid, perfected security interest in a certain 2012 GMC Terrain bearing vehicle identification number 2GKFLXEK1C6116909.

       3.      On February 7, 2019, an Order for Modification of the Automatic Stay and Resolving Motion for Relief from the Automatic Stay was entered by this Court, requiring Debtor to maintain payments to the Creditor current.

       4.      On July 30, 2020, the Creditor gave notice of the default in payments to the Debtor's attorney and the Debtor.

5. The Debtor had 10 days from the date of the notice to bring the payments current with the Creditor.

6. The Debtor failed to bring the payments current within the required time period.

7. The Debtor has failed to comply with the terms of the Order.

8. Upon the failure of the Debtor to comply with the terms of the Order, the Automatic Stay of 11 U.S.C. § 362 is terminated as to the interest of Santander Consumer USA Inc. in the 2012 GMC Terrain bearing Vehicle Identification Number 2GKFLXEK1C6116909.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*
_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: August 25, 2020