UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

| | |
|---|---|
| BRANDI MICHELLE LANE | CASE NO. 16-42917-MAR |
| | CHAPTER 13 |
| | HONORABLE MARK A. RANDON |

DEBTOR.
_____/

KAREN E. EVANGELISTA (P36144)
Attorney for Debtor
410 W. University, Suite 225
Rochester, MI 48307
(248) 652-7990
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
 (586) 726-1000
_____/

## PROOF OF SERVICE OF AFFIDAVIT OF DEFAULT

CRAIG S. SCHOENHERR, SR., being first duly sworn, deposes and says that on August 25, 2020, a copy of the Affidavit of Default and this Proof of Service was served upon:

| | |
|---|---|
| Karen E. Evangelista | Krispen S. Carroll |
| Attorney for Debtor | Trustee |
| 410 W. University, Suite 225 | 719 Griswold, Suite 1100 |
| Rochester, MI 48307 | Detroit, MI 48226 |

electronically pursuant to the court notice of service, and to those not electronically registered by first class mail, postage fully prepaid thereon.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI  48313-1151
(586) 726-1000
ecf@orlaw.com

DATED:  August 25, 2020